UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 20-2053-KS                                    Date: January 11, 2022

Title   _Sharon Matthews v. Kilolo Kijakazi_ [1]

Present: The Honorable   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A         Attorneys Present for Defendant: N/A

**Proceedings: (IN CHAMBERS) ORDER GRANTING STIPULATED AWARD OF EAJA ATTORNEY'S FEES [DKT. NO. 25] AND DENYING MOTION FOR EAJA FEES AS MOOT [DKT. NO. 23]**

On November 24, 2021, Plaintiff, through counsel, filed a Motion for Attorney Fees (the "Motion") Pursuant to the Equal Access to Justice Act ("EAJA"). (Dkt. No. 23.) The Court subsequently issued a briefing schedule on the Motion. (Dkt. No. 24.) In lieu of Defendant filing an Opposition to the Motion, the parties have stipulated to a reasonable award of EAJA fees and submitted a Stipulation to Award of Attorney Fees and Expenses Under the EAJA ("Stipulation") to the Court for approval. (Dkt. No. 25.)

IT IS HEREBY ORDERED that, based upon the parties' Stipulation, and pursuant to 28 U.S.C. § 2412(d), attorney fees shall be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of Two Thousand, Four Hundred Dollars and Zero Cents ($2,400.00), and expenses in the amount of Four Hundred Dollars and Zero Cents ($400.00), subject to the terms of the Stipulation.

//
//
//

---

[1]   Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Further, in light of the Stipulation, which resolves any potential dispute between the parties concerning the award of EAJA fees, the pending Motion is DENIED as moot. (Dkt. No. 23.)

**IT IS SO ORDERED.**

cc: All Parties of Record

|  | : |
|---|---|
| **Initials of Preparer** | gr |